**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Brett S. Venn
Jones, Walker
201 St. Charles Ave., 49th Fl
New Orleans LA 70170-5100

James Conner Percy
Jones, Walker
8555 United Plaza, 5th Floor
Baton Rouge LA 70809

**REHEARING ACTION: July 19, 2017**

**Docket Number: 17   00033-CA**

**THE HERBERT AND LULA MARIE FUSILIER REVOCABLE LIVING TRUST**
**VERSUS**
**ENLINK NGL PIPELINE LP**

**Appealed from Jefferson Davis Parish Case No. C-20-16**

**<u>BEFORE JUDGES</u>:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Phyllis M. Keaty**
    **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Enlink NGL Pipeline LP** has this day been

    **DENIED.**

cc: Timothy O'Dowd, Counsel for the Appellant